UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20420-RAR

UNITED STATES OF AMERICA

vs.

**JARQUIN DEMETRIUS ELLISON,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE

**THIS CAUSE** comes before the Court upon the United States of America's Objections to Report and Recommendation ("Objections"), [ECF No. 41], filed on February 17, 2026. The Court has carefully reviewed Defendant's Motion to Suppress Physical Evidence ("Motion"), [ECF No. 17]; the Government's Response in Opposition, [ECF No. 23]; Defendant's Reply in Support of his Motion, [ECF No. 24]; Magistrate Judge Lauren F. Louis' Report and Recommendation on Defendant's Motion ("Report"), [ECF No. 36]; the Government's Objections; and the record, including transcripts of the hearing held on Defendant's Motion, [ECF No. 41-1].

A district court reviewing a magistrate judge's report and recommendation "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 783-84 (11th Cir. 2006). The district court "may accept, reject or modify, in whole or in part, the findings of the recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CRIM. P. 59(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). "[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732,

732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)).  Legal conclusions are subject to *de novo* review, even if no party specifically objects.  *See U.S. v. Keel*, 164 F. App'x 958, 961 (11th Cir. 2006); *U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982).

Mindful of the standard of review, the Court has carefully considered the entire record and has specifically conducted a *de novo* review of the issues raised by the Government's Objections. The Court sees no basis to disturb Magistrate Judge Louis' findings regarding the credibility of Detective Nees' testimony.  *See* Rep. at 8–10; Obj. at 12–18.  And the Court agrees that the present record is insufficient to support a finding that law enforcement had a reasonable suspicion to search the car.  *See* Rep. at 10–14; Obj. at 19–20.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Government's Objections, [ECF No. 41], are **OVERRULED**, and the Report and Recommendation on Defendant's Motion to Suppress Physical Evidence, [ECF No. 36], is **AFFIRMED AND ADOPTED**.  Accordingly, Defendant's Motion to Suppress Physical Evidence, [ECF No. 17], is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**